# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Petitions of    :
Mallory B. Scott, Candidate in the    :
Democratic Primary for the    :    No. 164 M.D. 2016
127th State Legislative District    :
   :
Petition of: Thomas R. Caltagirone    :

# **O R D E R**

**NOW**, May 23, 2016, it is ordered that the above-captioned Memorandum Opinion, filed March 23, 2016, shall be designated OPINION and shall be REPORTED.

 

**RENÉE COHN JUBELIRER,** Judge